384 A.2d 998

McDowell v. Mason, Appellant.

Argued November 15, 1977. Elmer S. Beatty, Jr., for appellant; Raymond Radakovich, for appellee.

Order affirmed.

384 A.2d 999

McGee Masonry, Inc. v. McGee, Appellant.

Argued November 16, 1977. Ira R. Mazer, with him David Abrams, for appellant; William S. Smith, with him Ralph H. German, for appellee.

Order affirmed.